2665·0710· 1328-2
11988498

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Oregon

ORIGINAL

FILED 04 AUG '26 11:20 USDC-ORE

| United States of America v.  De Marcus John Phillips-Houston | ) ) ) ) ) ) | Case No.    6:26-mj-178-5 |
| --- | --- | --- |

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    **De Marcus John Phillips-Houston**                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with the intent to distribute and possession with the intent to distribute 5 kilograms or more of cocaine and 500 grams or more of a mixture or substance containing methamphetamine, Schedule II controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii) and (viii), and 846

Date:    **July 9, 2026**

_Issuing officer's signature_

City and state:    **Eugene, Oregon**

Hon. Amy E. Potter, U.S. Magistrate Judge
_Printed name and title_

| Return |
| --- |

This warrant was received on _(date)_    7/10/26    , and the person was arrested on _(date)_    7/27/2026
at _(city and state)_    Reedsport   Oregon    .

Date:    7/28/2026

_Arresting officer's signature_

Hunter Proscia   Deputy U.S. Marshal
_Printed name and title_